**Darrell James DEBREW,
Plaintiff–Appellant,**

v.

**Janet RENO, Attorney General of the United States; Kathleen Hawks, Director of the Federal Bureau of Prisons; C.E. Floyd, Warden; Ms. Rainwater, Assistant Supervisor of Medical; Hadwin, Secretary; Federal Bureau of Prisons, Defendants–Appellees.**

**No. 00–7725.**

United States Court of Appeals,
Fourth Circuit.

Submitted April 27, 2001.

Decided May 3, 2001.

Darrell James Debrew, pro se. Barbara Murcier Bowens, Office of the United States Attorney, Columbia, SC, for appellees.

Before LUTTIG and DIANA GRIBBON MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Darrell James Debrew appeals from the district court's order denying his motion to reconsider the court's order granting in part and denying in part Defendants' summary judgment motion in this action filed under 42 U.S.C.A. § 1983 (West Supp.2000). We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*